IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alex Edward Lorenzano, | ) | Case No. 1:24-cr-110 |
| | ) | |
| Defendant. | ) | |

On June 26, 2025, the court issued an order conditionally releasing Defendant to North Dakota Adult and Teen Challenge's facility in Mandan, North Dakota. (Doc. No. 385).

On August 5, 2025, Defendant filed a motion to amend his conditions of release. (Doc. No. 429). He advises that on July 31, 2025, he was accepted and admitted to the Prairie Recovery Center in Raleigh, North Dakota, for treatment. He requests that the court amend his release conditions to allow him to complete the Prairie Recovery Center's treatment programming.

The court **GRANTS** Defendant's motion (Doc. No. 429) and modifies Defendant's release conditions as follows. Defendant shall continue to reside at the Prairie Recovery Center, fully participate in its treatment programming, and abide by all its rules and regulations. Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the Prairie Recovery center OR to communicate with Prairie Recover Center staff about Defendant's progress in the treatment program. Any passes allowed by the Prairie Recovery Center must be approved by the Pretrial Services Officer. If for any reason Defendant is terminated from the Prairie Recovery Center, he must immediately surrender to the custody of the United States Marshal. At least 96 hours prior to his anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of his anticipated completion date so the Court may

1

schedule a hearing to review Defendant's release status.  If Defendant successfully completes the treatment program, the Pretrial Services Officer may approve Defendant's transition to an appropriate sober living home.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
